**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 29, 2016**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEXTSTEP DEVELOPMENT, INC. | § | CASE NO. 16-52019 |
| | § | |
| BANDERA POINTE HOSPITALITY, LP. | § | CASE NO. 16-52021 |
| | § | |
| Jointly Administered Debtors | § | CHAPTER 11 PROCEEDING |
| | § | (Jointly Administered Under |
| | § | 16-52019) |

**ORDER GRANTING DEBTORS' EXPEDITED MOTION FOR AN ORDER
EXTENDING THEIR EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN
AND SOLICIT ACCEPTANCES THERETO PURSUANT TO SECTION 1121(d)
OF THE BANKRUPTCY CODE**

Upon consideration of the Motion for an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(D) of the Bankruptcy Code (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006 the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the Debtors' exclusive periods to file a chapter 11 plan or plans and to obtain acceptances of such plan(s); and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Exclusive Filing Period shall be extended through and including February 28th, 2017; and it is further

ORDERED that the Exclusive Solicitation Period shall be extended through and including April 30th, 2017; and it is further

ORDERED that entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods or to seek other appropriate relief; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

**Submitted by**:
William B. Kingman, SBN 11476200
Law Offices of William B. Kingman, PC
4040 Broadway, Suite 350
San Antonio, TX 78209
(210) 829-1199/Fax: (210) 821-1114
bkingman@kingmanlaw.com
*Counsel for Debtors*