**Law Offices of Peter J. Stanton**
Riverview Towers, Suite 1350
111 Soledad
San Antonio, TX 78205

Tamir Enterprises

September 09, 2016

Invoice #2508

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/9/2016 | PJS | Telephone conference with attorney Michael Baucum re ▬▬▬▬▬▬▬▬▬ | 0.25 | 62.50 |
| 7/28/2016 | PJS | Receipt and review of foreclosure documents; Receipt and review of emails from Attorney Michael Baucum and Marc Weinstein re same. | 0.50 | 125.00 |
| 7/29/2016 | PJS | Review of deed of trust and note. | 0.50 | 125.00 |
| 8/1/2016 | PJS | Telephone conference with attorney Michael Baucum, Telephone conference with Marc Weinstein ▬▬▬▬ Receipt and review of copy of TRO; Telephone conference with David Cunningham re same. | 1.00 | 250.00 |
| 8/2/2016 | PJS | Legal research regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 3.00 | 750.00 |
| 8/3/2016 | PJS | Preparation of pleadings; Motion to Dismiss; Telephone conference with David Cunningham; Prepare, review and revise letter to Mr. Cunningham | 2.00 | 500.00 |

EXHIBIT 5-1                                                                                           1

| Tamir Enterprises | | | Page | 2 |
|---|---|---|---:|---:|
| | | | Hours | Amount |
| | ███████████████████ | | | |
| 8/5/2016 | PJS | Review of Property Code re suit against Trustee; Prepare, review and revise Answer for RJJ and Affidavit in support thereof. | 1.50 | 375.00 |
| 8/9/2016 | PJS | Teleconference with David Cunningham; receipt of documents from client and Cunningham. Conference call with client; ███████████████ ███████ Continue preparation of special exceptions and Motion to Dismiss; Telephone conference with Jumeida re ████ several Telephone conference with David Cunningham re hearing on Monday; conference call with clients re same; prepare for hearing; final Telephone conference with David Cunningham re canceling hearing; Telephone conference with Jumeida re same. | 4.00 | 1,000.00 |
| 8/16/2016 | PJS | Receipt and review of Usury demand letter from David Cunningham. Review of Finance Code re same; Telephone conference with Attorney Michael Baucum re same. | 1.00 | 250.00 |
| 8/17/2016 | PJS | Receipt and review of new notice of TI hearing for September 12, 2016; Telephone conference with Marc Weinstein re same. | 0.50 | 125.00 |
| 8/26/2016 | PJS | Telephone conference with Marc Weinstein re status of injunction hearing and posting for September; Telephone conference with David Cunningham re agreement; Telephone conference with attorney Michael Baucum re September posting; review of posting documents and review of interest calculation; ███████████████ | 2.25 | 562.50 |
| 9/7/2016 | PJS | Review file re preparation for TI hearing; Telephone conference with Marc Weinstein re same. | 0.75 | 187.50 |
| | PJS | Office conference with Ronald Johnson and Marc Weinstein; Telephone conference with David Cunningham; Telephone conference with attorney Michael Baucum; telephone conference with Robert Ray, telephone conference with Mrs. Ritter; all re hearing on 9/12. | 2.00 | 500.00 |

EXHIBIT 5-1                                    2

| Tamir Enterprises | | | Page | 3 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 9/12/2016 PJS | Prepare for hearing; review of Bankruptcy filing; attend docket call; return to office. | | 2.00 | 500.00 |
| | For professional services rendered | | 21.25 | $5,312.50 |
| | Balance due | | | $5,312.50 |

EXHIBIT 5-1  3