Law Offices of Ronald J. Johnson
Riverview Towers, Suite 1350
111 Soledad
San Antonio, TX 78205

Weinritter Realty, LLC

February 07, 2017

In Reference To: NextStep Development, Inc. v. Weinritter Realty, LP
and Ronald J. Johnson, Substitute Truste, In the 45th
Judicial District Court of Bexar County

Invoice #2557

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/29/2016 RJJ | Emails between ▮▮▮ | 0.20 | 70.00 |
| 8/1/2016 RJJ | ▮▮▮ | 0.10 | 35.00 |
| 8/4/2016 RJJ | Telephone conference with David Cunningham, attorney for Nextstep and Neil Patel and Al Patel, in regard to the petition he filed, and request that he dismiss the petition against me, as I acted solely in my capacity as the substitute trustee under the Note and Deed of Trust, and did not calculate the amount of the arrearage, or make the demand. Review of the note history with him, and the late charges, which he contends are usurious, and go over the payment history with him. He used the aggregate amount of late charges, rather than the individual late charges. Discuss the ways the matter can be resolved, including the parties entering into a forbearance and estoppel agreement, based on the sale of the real | 1.20 | 420.00 |

EXHIBIT 6-1                                          1

Weinritter Realty, LLC                                                                                        Page          2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/4/2016 | RJJ | estate and payment of the full amount of Weinritter's claim, with interest at the default rate. Weinritter will agree not to foreclose, contingent upon sales of the real property, and the surrender of the real property if the Note is not paid in full by year end. He must talk to Wade Hayden, as the client is Wade's client. Telephone conference with Michael Baucum, real estate attorney, ■■■■■■■■■■■■ | 0.23 | 80.50 |
|  | RJJ | Telephone conference with Marc Weinstein ■■■■■■■■■■■■ | 0.30 | 105.00 |
|  | RJJ | Review File on Plaintiff's Petition filed by the borrower, review the Note, Payment History, Deed of Trust, Guaranty of Bandera Pointe and Al Patel and Neil Patel of Nextstep Note. Review the Petition filed against Weinritter and myself seeking to enjoin the foreclosure, and an answer needs to be filed. Peter Stanton will prepare the answer. | 0.50 | 175.00 |
| 8/5/2016 | RJJ | Review and sign answer to Plaintiff's Petition, naming me as a defendant. Discuss possible settlement of the default by sale of the real property, with Mr. Hayden. | 0.20 | 70.00 |
| 8/10/2016 | RJJ | Telephone conference with Wade Hayden, attorney for guarantors, Neil and Alpesh Patel, a guarantors and officers of borrower and members of LLC, about the sale of the unimproved real property for $500,000.00. Mr. Hayden will refer the borrower to William B. Kingman, attorney. | 0.20 | 70.00 |
| 9/1/2016 | RJJ | ■■■■■■■■■■■■ | 0.10 | 35.00 |
| 9/6/2016 | RJJ | Telephone call from Bill Kingman, attorney for debtors, to let me know he filed petitions in bankruptcy for Nextstep and Banderal Pointe, and | 0.20 | 70.00 |

EXHIBIT 6-1                                                                                                                2

Weinritter Realty, LLC                                                                 Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/6/2016 | RJJ | the automatic stay applies. He has not filed schedules, there are potential buyers for the Bandera Pointe property and the Hotel. Meeting with Client & co-counsel Peter Stanton, to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Call Bill Kingman to schedule a meeting. | 0.80 | 280.00 |
|  | RJJ | Email from Opposing Counsel Bill Kingman with attachments of the Petitions for Bandera Pointe and Nextstep Development. Review both documents and sent to clients, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 | 175.00 |
|  | RJJ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | 105.00 |
|  | KR | Draft Notice of Appearance in both Nextstep and Bandera Pointe Hospitality for review and signature by Mr. Johnson and filing with the Court | 1.00 | 50.00 |
|  | RJJ | Review Notices of Appearance drafted by Ms. Reyes and approve for filing with Court. | 0.20 | 70.00 |
|  | RJJ | Email to clients with the filed Notices of Appearance. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | 105.00 |
| 9/7/2016 | RJJ | Long telephone conference with Bill Kingman, provide him with the loan documents, review options. There was a contract on the Bandera Pointe property submitted earlier in the summer that was not accepted, as it was less than the agreed release price. Mr. Kingman has met with a broker of Hotel, | 1.00 | 350.00 |

EXHIBIT 6-1                                                                              3

Weinritter Realty, LLC　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　　4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | Mr. Miller, and Colglazier Realty, and believes the property can be and must be sold in the near future. ▮▮▮ Mr. Kingman will be filing first day motions and wants agreed orders on the first day motions | | |
| 9/7/2016 | RJJ | Email to opposing counsel with file stamped copies of Weinritter's notices of appearance, with copies of loan documents and payment history for Nextstep and Bandera Pointe. Notify Mr. Kingman of Weinritters Objection to the use of its cash collateral and request a budget from debtors and how they propose to pay franchise fees. | 0.30 | 105.00 |
| | RJJ | Email from Opposing Counsel with a 15 day budget for Nextstep and a list of pre-petition wage obligations for approval by my client, Weinritter. ▮▮▮ | 0.30 | 105.00 |
| 9/9/2016 | RJJ | Telephone conference with Marc Weinstein, ▮▮▮ | 0.30 | 105.00 |
| | RJJ | Review numerous Motions filed by Debtors Attorney Bill Kingman: Emergency Motion to Jointly Administer Bandera Pointe Hospitality and Nextstep Development, Inc; Emergency Motion for Debtors to Use Cash Collateral; Emergency Motion to Expedite Hearing on the Motion to Jointly Administer the cases; Expedited Motion for Authority to Maintain and use Pre-Petition Bank Account for a limited purpose; Expedited Motion for Continuation of Utility Service Under Section 366(b); Expedited Motion to Approve Payment of Certain Claims to Employees and allow Debtor to Honor Accrued Vacation with Request for Expedited Hearing thereon; Emergency Motion to expedite Hearing on all filed Motions; Signed Order | 0.50 | 175.00 |

EXHIBIT 6-1　　　　　　　　4

| Weinritter Realty, LLC | | | | Page | 5 |
|---|---|---|---|---:|---:|
| | | | | Hours | Amount |
| | | Granting Emergency Motion to Expedite Hearing; Notice of Hearing for September 13, 2016 at 9:30am in Judge Gargotta's Courtroom; Debtors Declaration for Electronic Filing also filed with the Court. Email to clients with copies of Motions filed and request Marc call me to discuss. | | | |
| 9/9/2016 | RJJ | Receive email from opposing counsel and forward to client to provide name and contact information of the management company Weinritter wants to use to operate the business. Copy Mr. Kingman and suggest an agreed order that Weinritter consents to the use of cash collateral through a certain date, and Agreed Order to employ Marcus Millichap and Coglazier to market the motel. | | 0.30 | 105.00 |
| 9/13/2016 | RJJ | Receipt and review of draft of Interim Agreed Order for Use of Cash Collateral of Weinritter, the income from use of property, and discussion of the use being restricted to what is absolutely essential to continue operations, and enter into an agreement that allows Nextstep hourly maintenance and room service employees to receive their checks on time. Agree to order for Joint Administration, so a hearing will not be necessary on that. Appear at the emergency hearing on cash collateral, and announce agreement with Mr. Kingman. | | 1.20 | 420.00 |
| | RJJ | Review Order granting joint administration of Nextstep and Bandera Hospitality cases; Order granting Expedited Motion for Authority to Maintain and Use Pre-petition Bank Account for a Limited Purpose; Order granting emergency motion to approve payment of certain claims to employees and allow debtor to honor accrued vacation and expedited hearing thereon; Order granting expedited motion for Order under 11 U.S.C. 105(a) and 366(I) Prohibiting Utility Companies from Altering or discontinuing Service on account of prepetition invoices | | 0.30 | 105.00 |
| 9/14/2016 | RJJ | Meeting with Marc Weinstein and Billing Kingman, at Mr. Kingman's Office to discuss retention of Marcus Millichap as hotel broker, Coldwell Glazier to sell the | | 1.00 | 350.00 |

EXHIBIT 6-1                    5

Weinritter Realty, LLC  Page    6

|            |     |                                                                                                                                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | real property, and agreed Motion to Sell Property Free & Clear of liens, and use of cash collateral, and possibly using a hotel management company to manage the hotel during the administration of the property, and cost of the Chapter 11 case. Mr. Kingman is handling the matter as a courtesy to Wade Hayden. |       |        |
| 9/14/2016  | RJJ | Telephone conference with Marc Weinstein, to set meeting with Bill Kingman. Cash Collateral hearing will be continued.                                                                                                                                                                                            | 0.10  | 35.00  |
|            | RJJ | Review Interim Order Authorizing Emergency Motion for Interim and Final Order Authorizing Nextstep to use Cash Collateral, if any Pursuant to 11 U.S.C. 363; Exhibit and Witness List for Hearing on September 13, 2016 and Certificate of Service filed by debtors attorney Bill Kingman                          | 0.20  | 70.00  |
| 9/15/2016  | RJJ | Review email from client, courtesy copied to Mr. Kingman, with the name of the management company and contact information he requested, Roc Hospitality. Email to Mr. Kingman regarding resetting the date for the cash collateral hearing, as Marc Weinstein has a conflict for the date set and would not be able to attend. Suggest an Agreed Order by September 20, 2016 to benefit all parties. | 0.30 | 105.00 |
| 9/20/2016  | RJJ | Review Schedules, Statements and summary filed by debtors attorney Bill Kingman                                                                                                                                                                                                                                   | 0.20  | 70.00  |
| 9/22/2016  | RJJ | Telephone conference with Bill Kingman, counsel for NextStep/Bandera Pointe Hospitality, on use of cash collateral. Review the proposed budget. Review status of motions or applications to employ brokers for the raw land and the hotel. Review of schedules of assets and statements of liability. The cash collateral hearing will be on September 27, 2016 | 0.30 | 105.00 |
|            | RJJ | Telephone conference with Michael Baucum, ▮▮▮▮                                                                                                                                                                                                                                                                    | 0.30  | 105.00 |

EXHIBIT 6-1      6

Weinritter Realty, LLC                                                                                          Page       7

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                              | Hours | Amount |
|------------|-----|---|---|---|
| 10/5/2016  | RJJ | Telephone call to Judy Moore, Court Reporter, to ask her to record and transcribe the first meeting of creditors, on October 7, 2016. (.1) File review of loan documents and schedules of assets and liabilities ▓▓▓▓▓▓ (.5) Travel to the United States Bankruptcy Court to attend and participate in the first meeting of creditors, and learn why Debtor was borrowing at day rates, learn about conduct of the debtor, after the loan, and operations, whether the insurance is in place. (1.0) return to office. | 1.50  | 525.00 |
|            | RJJ | Review Application to employ the Law Offices of William B. Kingman, as counsel for debtors. | 0.20 | 70.00 |
| 10/13/2016 | RJJ | Receive an email from Ms. Jumeida Lopez with documents filed in the cases and let her know her assistance is very much appreciated and that since my office filed a Notice of Appearance, we receive all court filings in the case by electronic notice. | 0.10 | 35.00 |
| 10/17/2016 | RJJ | Telephone conference with Dr. Ritter | 0.20 | 70.00 |
|            | RJJ | Telephone conference with Marc Weinstein | 0.20 | 70.00 |
|            | RJJ | Telephone conference with Jay Blott regarding drafting Motion to Dismiss | 0.60 | 210.00 |
|            | RJJ | Telephone Conference with client Tibor Ritter | 0.20 | 70.00 |
|            | RJJ | Telephone conference with Marc Weinstein | 0.20 | 70.00 |
| 10/18/2016 | RJJ | Telephone conference with Marc Weinstein | 0.30 | 105.00 |
|            | RJJ | Email to Ms. Lopez to request a copy of the Guaranty of Rajan Bhakta, to assist in drafting pleadings for the lawsuit in state court. Email from Michael Baucum informing me that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.40 | 140.00 |
| 10/19/2016 | RJJ | Email to Judy Moore, court reporter, who will transcribe the Nextstep First Meeting of Creditors. Inform Ms. Moore that my Paralegal Ms. Reyes will prepare the transcript order form to request the CD and mail the disc to Ms. Moore for transcribing. | 0.30 | 105.00 |

EXHIBIT 6-1                                                                                                7

| Weinritter Realty, LLC | | | | Page | 8 |
|---|---|---|---|---:|---:|
| | | | | Hours | Amount |
| | | Inform her of my intent to file a Motion to Dismiss and will need the transcripts on or before November 7, 2016. | | | |
| 10/19/2016 | RJJ | Email to Ms. Jacqueline Blott, employing her assistance to begin drafting a Motion to Dismiss. Describe details of the loan and necessary documents to get started on a first draft of the Motion. | | 0.30 | 105.00 |
| | KR | Receive email from Ms. Alma Sosa, of the United States Trustee's Office with the form for requesting a CD of the 341 Meeting of Creditors. Return completed form to Ms. Sosa by email transmission and politely request expedited service. Response from Ms. Sosa with confirmation of receipt of the request form and that she will begin work on it immediately. Receive a second email that the CD is ready for pickup and proceed to the Bankruptcy Court House to retrieve CD. | | 1.00 | 50.00 |
| | KR | Package CD of 341 Meeting for safe mailing to Ms. Judy Moore for transcription and mail by Priority Mail to Ms. Judy Moore. Email Ms. Moore with the tracking information so that she can be expecting the disc. | | 0.50 | 25.00 |
| 10/20/2016 | RJJ | Receipt and review of monthly operating reports for September and October, document # 32 and 33, forward to client. | | 0.20 | 70.00 |
| 10/25/2016 | RJJ | Telephone conference with Marc Weinstein; ███████████████████████████████████████ | | 0.25 | 87.50 |
| | RJJ | Telephone conference with Bill Kingman to request status of sales of property and continue discussion about when the sales will occur, when the drop dead date for return of the real property is the sale does not occur, and why the motions to employ the brokers have not been filed. The dates for the sales motions are anticipated are in November, with the auction to take place in December. | | 0.25 | 87.50 |

EXHIBIT 6-1                                                                 8

Weinritter Realty, LLC                                                                                   Page          9

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/2016 | RJJ | Telephone conference with Marc Weinstein, ▮ | 0.25 | 87.50 |
| 10/28/2016 | RJJ | Send multiple emails to Ms. Jacqueline Blott with the documents required for her to begin the drafting process for the Motion to Dismiss; clarify her understanding of the tracts of land, the guarantors, and owners. | 0.40 | 140.00 |
| 10/31/2016 | RJJ | Research for Bandera Pointe and Nextstep, ▮ | 3.80 | 1,330.00 |
| | RJJ | Receive First Draft of Motion to Dismiss from Ms. Blott, and make significant revisions. Send back to Ms. Blott for proofreading, cleanup, and formatting. | 2.00 | 700.00 |
| | RJJ | Review Order Authorizing Application to Employ the Law Offices of William Kingman and Report filed by the United States Trustee of Inability to Appoint a Creditors' Committee | 0.20 | 70.00 |
| 11/1/2016 | RJJ | Telephone conference with Bill Kingman, attorney for Nextstep/Bandera Pointe Hospitality, explain the debtor defaulted on the Note 9 months ago, no payments have been made after February 2016, and the client has not yet instructed me to pursue the dismissal of the case, but if there is no progress, a motion to dismiss or motion for relief from stay and adequate protection will be filed. Mr. Kingman is behind, he has a new secretary, and is moving his office, but he will get the motions to employ Marcus Millichap and Colglazier properties filed shortly. | 0.20 | 70.00 |

EXHIBIT 6-1                                                                                                        9

Weinritter Realty, LLC                                                                                  Page    10

|            |     |                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
| 11/3/2016  | RJJ | Telephone conference with Marc Weinstein, ███                                                            | 0.10  | 35.00  |
| 11/4/2016  | RJJ | Telephone conference with Bill Kingman.                                                                  | 0.10  | 35.00  |
|            | RJJ | Telephone conference with Marc Weinstein, discuss ███                                                    | 0.70  | 245.00 |
|            | RJJ | Email with client ███                                                                                    | 0.20  | 70.00  |
| 11/7/2016  | RJJ | Receive email from Gulfstream with the E-Transcript of the First Meeting of Creditors and review transcripts. | 1.00  | 350.00 |
| 11/9/2016  | RJJ | ███                                                                                                      | 0.50  | 175.00 |
|            | RJJ | Receipt and review of the Application to Employ Real Estate Broker Golglazier Properties and Broker Marcus Millichap, review the commissions to be | 0.50  | 175.00 |

EXHIBIT 6-1                                                                                             10

Weinritter Realty, LLC                                                                           Page      11

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|----|----|----|
|            |     | paid, and the affidavits. (.2) Telephone conference with Bill Kingman, discuss the status of sales, and allowance of use of cash collateral. Weinritter is entitled to either relief from the automatic stay, if there is no equity in the property, or entitled to default rate of interest, 18% if there is equity in the property. (.2) Bill wants to know the amount owed, telephone call to Jumeida Lopez, to request payoff figure for Kingman to use for planning purposes. |       |        |
| 11/9/2016  | RJJ | Telephone conference with Marc Weinstein. | 0.10 | 35.00 |
| 11/10/2016 | RJJ | Review Final Order Authorizing Nextstep Development, Inc to use Cash Collateral | 0.20 | 70.00 |
| 11/11/2016 | RJJ | Telephone conference with Bill Kingman about the sales motions. Debtors' attorney will first file the motions to establish sales procedures. | 0.10 | 35.00 |
|            | RJJ | Telephone conference with Marc Weinstein. | 0.60 | 210.00 |
| 11/14/2016 | RJJ | Telephone conference with client Marc Weinstein, | 0.25 | 87.50 |
| 11/17/2016 | RJJ | Telephone conference with Bill Kingman, agree to expedited motion for hearing on sales procedure motion. Provide Mr. Kingman with a payoff figure. Mr. Kingman reports there is a party interested in purchasing the hotel for an amount in excess of $2,700,000.00, and with the sale of the Bandera property, Weinritter will be paid in full from the sales | 0.20 | 70.00 |

EXHIBIT 6-1                                          11

Weinritter Realty, LLC                                                                         Page    12

|  |  | Hours | Amount |
|---|---|---|---|

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | proceeds, and other offers are expected that will be in an amount sufficient to pay creditors in full. No need to file a motion for relief from stay or a motion to dismiss at this time. Explain to him there is a great concern on my clients part as to whether the sales will be able to be presented this year. Mr. Kingman is willing to recommend to his client that if Weinritter will accept the hotel in full satisfaction of the claim, the debtor will transfer the property this year. Discuss default date by which the property must be sold or the stay terminated. |  |  |
| 11/17/2016 | RJJ | Review Expedited Motion to Sell Property Free and Clear of Liens and Motion to Expedite Hearing on Motion filed by opposing counsel Bill Kingman. Forward to clients and inform them ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | 105.00 |
| 11/18/2016 | RJJ | Telephone conference with Marc Weinstein, relay Mr. Kingman's offer to transfer the hotel to Weinritter in full satisfaction of the debt. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The Debtor contends it has an appraisal for $3.6 million; an offer to purchase the property was made for $3.6 million, and what the burden will be to obtain dismissal. Review of the claims docket, it shows tax claim is $62,000.00, and will be $80,000.00 by year end. The Debtor shows Choice Hotels franchise fee is unpaid, and the occupancy tax to the City and State have not been paid. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Debtor represented the sale figures would be made available, and Debtor has not made the income information available. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.30 | 455.00 |

EXHIBIT 6-1                                                                                            12

Weinritter Realty, LLC　　　　　　　　　　　　　　　　　　　　　　　Page　　13

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/18/2016 | KR | Find a template form for Objection to Sale, format for use in Nextstep/Bandera Pointe, and begin initial outline draft | 1.50 | 75.00 |
| | RJJ | Continue drafting Objection to opposing Counsel's Expedited Motion to Sell Property Free and Clear of Liens | 2.50 | 875.00 |
| | RJJ | Review Order granting Mr. Kingman's Motion to expedite Hearing on Expedited Motion for Authority to Sell Assets Free and Clear of Liens and Notice of Hearing filed by Mr. Kingman. Forward Notice of Hearing to clients ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Request client's presence for a meeting with Mr. Kingman on Tuesday, November 22, 2016 at 9:00am, before the Hearing begins. | 0.30 | 105.00 |
| | RJJ | Emails with opposing counsel regarding access to Hotel Statistics. Attach a CAD report showing the ownership and earnest money contract. Inform him of the vital points missing from his motion and the reasons I will be forced to file an objection to his Motion on Monday November 21, 2016, unless we can professionally come to an agreement. | 0.40 | 140.00 |
| 11/20/2016 | KR | Edit, Revise, Proofread Draft of Objection to Sale for final review by Mr. Johnson and approval for filing with the Court | 3.75 | 187.50 |
| | RJJ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 0.20 | 70.00 |
| | RJJ | Respond to email from Opposing counsel Bill Kingman. Mr. Kingman allegedly claims he sent STAR documents, yet have not received any such documents. I let him know of my client's objections to selling the property to a corporation represented by the same attorney that represents the sellers also and point out the appearance of conflict of interest. Attach copies of the Transcripts and exhibits to be used when I file the objection to the sale. Request | 0.30 | 105.00 |

EXHIBIT 6-1　　　　13

Weinritter Realty, LLC            Page    14

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | again, that Mr. Kingman and I attempt to resolve the objection to the break up fee and suggest a meeting Monday afternoon. | | |
| 11/21/2016 | RJJ | Telephone conference with Bill Kingman, discuss the hearing on sales procedures set for tomorrow, November 22, 2016. An agreed order will be tendered | 0.10 | 35.00 |
| | JWB | Review of the client loan documents, the transcript of the first meeting of creditors, and the research and cases and treatises provided by Ron Johnson, to beagin the drafting of a Motion to Dismiss, or a Motion for Relief From Stay and Adequate Protection. Review of other documents that show a lack of adequate protection, or delay prejudicial to creditors, and prepare the first draft of the Expedited Motion to Dismiss. Work on earlier drafts ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 3.70 | 555.00 |
| | RJJ | Review Reports Operations for October 2016 filed by Mr. Kingman and forward to clients | 0.20 | 70.00 |
| | RJJ | Email clients to inform them of the agreement Mr. Kingman and I were able to reach and the terms of our agreement. Sale of Bandera Pointe will be delayed pending sale of the Hotel. | 0.20 | 70.00 |
| | RJJ | Email from opposing counsel that he will send an interim order prior to the hearing. Respond asking about the reduction of the break up fee. Request clarification on an agreement between parties to avoid having to file an objection, allow I am fully prepared to do so. | 0.20 | 70.00 |
| | RJJ | Email from opposing counsel with a proposed amount of $7,500k, a February 12th closing date and 60 days for hotel buyers to get franchise transfer approved. Forward proposal to clients and respond to Mr. Kingman and request an agreement in writing by tomorrow morning at 9:00am before the Hearing | 0.30 | 105.00 |
| 11/22/2016 | RJJ | Email from opposing counsel with a proposed order including the terms previously discussed. Review proposed order and make minor changes. Respond | 0.40 | 140.00 |

EXHIBIT 6-1        14

Weinritter Realty, LLC                                                                      Page      15

                                                                                    Hours      Amount

|            |     |                                                                                                                                                                                                                                                                                                                                             | Hours | Amount |
|------------|-----|-------|--------|
| 11/22/2016 | RJJ | to Mr. Kingman and attach and explain my changes to the order. We agree to change the bid deadline to December 6, 2016.<br>Email to clients regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ There are two potential buyers at this time and we believe the proceeds from the sale will be sufficient to pay the entire amount owed to Weinritter. Mr. Kingman and I will draft an agreed order allowing debtors to deed the property to Weinritter and dismissing the debt if the sale does not close within 60 days from December 12, 2016. | 0.30 | 105.00 |
| 11/23/2016 | RJJ | Review Interim Order and Notice of Hearing on Expedited Moiton for Authority to Sell Assets Free and Clear of Liens, claims and encumbrances | 0.20 | 70.00 |
| 11/29/2016 | RJJ | Email to clients asking for a copy of the payoff figure. | 0.40 | 140.00 |
| 11/30/2016 | RJJ | Email from Don Stecker regarding the Interim Order and Notice of Hearing on the Sale of the Bandera Pointe Hospitality property. He proposes revisions including payment of the current years taxes and lien retention of the year 2017 ad valorem taxes. | 0.20 | 70.00 |
| 12/5/2016  | RJJ | Telephone call with opposing Attorney Bill Kingman | 0.30 | 105.00 |
|            | RJJ | Review Order authorizing debtors to employ Real estate broker Colglazier properties, Inc.; and Order authorizing debtors to employ Marcus & Millichap | 0.20 | 70.00 |
|            | RJJ | Email to clients informing them that opposing counsel will be filing a motion for bid procedures the following day and ask for an expedited setting. | 0.20 | 70.00 |
| 12/6/2016  | RJJ | Telephone call with opposing Attorney Bill Kingman | 0.20 | 70.00 |
|            | RJJ | Review expedited motion to sell Property Free and clear of liens and Motion to expedite Hearing on Sale Motion; Email clients with attachments. | 0.30 | 105.00 |

EXHIBIT 6-1                                                                                        15

Weinritter Realty, LLC                                                                                      Page    16

|            |     |                                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/7/2016  | RJJ | ███████████████████████████████████████                                                                                                                                                                            | 0.20  | 70.00  |
|            | RJJ | Phone call from client Marc Weinstein                                                                                                                                                                              | 0.20  | 70.00  |
|            | RJJ | Second Phone call with Client Marc Weinstein                                                                                                                                                                       | 0.50  | 175.00 |
|            | RJJ | Telephone conference with Michael Baucum                                                                                                                                                                           | 0.20  | 70.00  |
|            | RJJ | Review Order granting Motion to Expedite hearing on the debtors sales motion and Notice of Hearing filed by Mr. Kingman for December 12, 2016.                                                                     | 0.20  | 70.00  |
| 12/8/2016  | RJJ | Telephone call with opposing Attorney Bill Kingman                                                                                                                                                                 | 0.40  | 140.00 |
|            | RJJ | Email to opposing counsel with the payoff at 18%. Request an agreed order for the sale of the hotel. Let him know my client is amenable to a forbearance agreement, which would provide that no collection activity would be taken pending closing of the contracts. | 0.30  | 105.00 |
| 12/9/2016  | RJJ | ███████████████████████████████████████                                                                                                                                                                            | 0.20  | 70.00  |
| 12/12/2016 | RJJ | Court Appearance for Hearing on the approval of the sale of the Bandera Pointe Property. Long and detailed email to clients with update on the case upon returning to the office.                                  | 1.50  | 525.00 |
| 12/14/2016 | RJJ | Review Interim Order regarding expedited Motion for Authority to Sell Assets Free and Clear of Liens                                                                                                               | 0.20  | 70.00  |
| 12/15/2016 | RJJ | Telephone call with opposing Attorney Bill Kingman                                                                                                                                                                 | 0.40  | 140.00 |
| 12/16/2016 | RJJ | Phone call with client Marc Weinstein                                                                                                                                                                              | 0.40  | 140.00 |
|            | RJJ | Travel from my law office to Bankruptcy Court and Appear for the Auction Hearing. Email clients with detailed update on the case.                                                                                  | 1.50  | 525.00 |
| 12/19/2016 | RJJ | Telephone conference with client Daniella Ritter                                                                                                                                                                   | 0.10  | 35.00  |
| 12/20/2016 | RJJ | Review of Reports of Operations for November 2016, filed by Mr. Kingman for Debtors and subsequent Amended Report                                                                                                  | 0.20  | 70.00  |
| 12/22/2016 | RJJ | Telephone call with opposing Attorney Bill Kingman                                                                                                                                                                 | 0.20  | 70.00  |
|            | RJJ | Email to opposing counsel, Mr. Kingman, with summaries of the law discussing default rates and case which addresses the default rate and early payment penalty. Point out he can extend exclusivity period for 60 days from the expiration date. | 0.20  | 70.00  |

EXHIBIT 6-1                                    16

Weinritter Realty, LLC  Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/23/2016 | RJJ | Review Expedited Motion to extend exclusivity period for filing a chapter 11 plan and disclosure statement and Motion to Expedite hearing thereon, filed by debtors attorney Bill Kingman. | 0.20 | 70.00 |
| 12/27/2016 | RJJ | Telephone conference with Michael Baucum | 0.20 | 70.00 |
|  | RJJ | Review Notice of Hearing on Expedited Motion to extend Exclusivity Period for Filing a Chapter 11 Plan and determine that my attendance will not be required. | 0.20 | 70.00 |
|  | RJJ | Email with Michael Baucum to verify the ability of the buyer to close | 0.10 | 35.00 |
| 12/28/2016 | RJJ | Telephone conference with Michael Baucum | 0.20 | 70.00 |
|  | RJJ | Telephone Conference with client Marc Weinstein | 0.30 | 105.00 |
|  | RJJ | Telephone conference with client Marc Weinstein | 0.10 | 35.00 |
|  | RJJ | Telephone conference with Client Daniella Ritter | 0.10 | 35.00 |
|  | RJJ | Review Order granting Motion to expedite hearing on expedited Motion for an order extending exclusivity period to file a chapter 11 | 0.10 | 35.00 |
| 12/29/2016 | RJJ | Email to opposing counsel giving him permission to sign my name to an Agreed Order extending exclusivity and file with the Court. Request that as soon as he knows who the title company and closer will be, to please provide my clients with the transaction details and contact information. Review response from Mr. Kingman with the names of the Title company handling the sale of both properties. Request Mr. Kingman send me the email addresses of the two individuals assisting him at Presidio Title and let him know Weinritter will be paying the 2016 taxes, since the escrow account has no funds. | 0.40 | 140.00 |
|  | RJJ | Email from opposing counsel with the email addresses for the individuals at Presidio Title Company and ask that Weinritter not pay the 2016 taxes, in anticipation of closing date before they are due and also because he realizes of the interest that will be due to Weinritter in that scenario. Email to Marc Weinstein with this information | 0.40 | 140.00 |
|  | RJJ | Respond to email from Mr. Kingman, who provided the email addresses for the individuals at Presidio Title, let him know I will request a payoff figure that | 0.30 | 105.00 |

EXHIBIT 6-1                                                                17

Weinritter Realty, LLC                                                                 Page    18

                                                                                  Hours    Amount

|  |  |  |  |
|---|---|---|---|
| | does not include taxes and forward him the insurance information and that if we cannot agree on a default rate, I will file to request a status conference and order in aide of closing on January 10, 2017. | | |
| 12/30/2016 RJJ | Review order granting an extension of time period to file a chapter 11 plan | 0.10 | 35.00 |
| | For professional services rendered | 58.58 | $17,438.00 |

Additional Charges :

| | | |
|---|---|---|
| 10/20/2016 | Priority Mail Postage of CD of 341 Meeting to Court Reporter Ms. Judy Moore | 6.45 |
| 11/2/2016 | Transcript Cost for Gulfstream Legal Court Reporting for the 341 Meeting of Creditors | 548.00 |
| 1/27/2017 | Postage on 25 envelopes at .70 cents each to mail out the filed stamped Motion for allowance of payment of post-petition interest and attorneys fees filed on 1/27/2017 by Mr. Johnson on behalf of Weinritter Realty | 17.50 |
| 1/31/2017 | Transcript Cost for Hearings on December 12, 2016 & December 16, 2016 | 208.55 |
| | Total costs | $780.50 |
| | Total amount of this bill | $18,218.50 |
| | Balance due | $18,218.50 |

EXHIBIT 6-1                                                                                    18